**SEND**

FILED
CLERK, U S DISTRICT COURT

APR - 9 2002

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIPLEY ENTERTAINMENT INC., a ) Case No  EDCV 02-00291-VAP(SGLx)
Delaware corporation,        )
                             ) STANDING ORDER
                Plaintiff,   )
                             )
     v.                      )
                             )
DEL FRANCIA ENTERTAINMENT    )
COMPANY, a California         )
corporation, et al.,         )
                             )
                Defendant.   )
_____)

**READ THIS ORDER CAREFULLY.   IT CONTROLS THIS CASE
AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES.**

This action has been assigned to the calendar of Judge
Virginia A. Phillips.

The responsibility for the progress of litigation in the
Federal Courts falls not only upon the attorneys in the action, but
upon the Court as well.  To secure the just, speedy, and
inexpensive determination of every action, (Fed. R. Civ. P. 1), all
counsel are hereby ordered to become familiar with the Federal
Rules of Civil Procedure and the Local Rules of the Central
District of California.*

s \wap\1civil\0cvordcivl frm

ENTER ON ICMS
APR 1 1 2002



The Court further orders as follows:

**1.    Service of the Complaint.**  The Plaintiff shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rule 5-3.

**2.    Proposed Orders.**  Each party filing or opposing a motion or seeking the determination of any matter shall serve and file a proposed order which sets forth the relief or action sought and a brief statement of the rationale for the decision, including citation of authorities, that the party requests the Court to adopt.

**3.    Presence of Lead Counsel.**  The attorney attending any proceeding before this Court, including all scheduling and settlement conferences, must be the lead trial counsel.  Failure to appear for any proceedings is a basis for sanctions.

**4.    Motions.**  Motions shall be filed and set for hearing in accordance with Local Rule 6-1  Motions will be heard on Mondays commencing at 10:00 a.m.  If Monday is a national holiday, this Court does not hear motions on the succeeding Tuesday.  Any motion noticed for a holiday shall automatically be set to the next Monday without further notice to the parties.  Any opposition or reply papers due on a holiday are due the preceding Friday, not the following Tuesday.  Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages.  Replies shall not exceed 12 pages.  Only in rare instances, and for good

cause shown, will the Court agree to extend these page limitations
When citing to legal databases, wherever possible cite to Westlaw
rather than Lexis.

Unless clearly justified under the circumstances of the case,
"motions to dismiss or in the alternative for summary adjudication"
are discouraged.  These composite motions tend to blur the
legitimate distinction[s] between the two motions, which have
different purposes.  Frequently, the composite motions introduce
evidence that is extrinsic to the pleadings.  On the one hand, such
evidence is improper for consideration in a Fed. R. Civ. P.
12(b)(6) motion, while on the other hand, treatment of the motion
as a Rule 56 motion frequently results in reasonable invocaton of
Rule 56(f) by the non-moving party

Moreover, Rule 12(b)(6) motions are discouraged unless counsel
has a good faith belief that such motion will likely result in
dismissal, without leave to amend, of all or at least some of the
claims under applicable law.

No party may file more than one motion pursuant to F.R.C.P. 56
regardless of whether such motion is denominated as a motion for
summary judgment or summary adjudication.

**5.    Discovery**.  All discovery matters have been referred to a
United States Magistrate Judge (see initial designation following
the case number) to hear all discovery disputes.  The words
"DISCOVERY MATTER" shall appear in the caption of all documents
relating to discovery to insure proper routing.  Counsel are
directed to contact the Magistrate Judge Courtroom Deputy Clerk for
the assigned Magistrate Judge to schedule matters for hearing.

1    The decision of the Magistrate Judge shall be final, subject
2   to modification by the District Court only where it has been shown
3   that the Magistrate Judge's order is clearly erroneous or contrary
4   to law.

5    Any party may file and serve a motion for review and
6   reconsideration before this court.  The party seeking review must
7   do so within ten (10) days of service upon the party of a written
8   ruling or within ten (10) days of an oral ruling that the
9   Magistrate Judge states will not be followed by a written ruling.
10  The motion must specify which portions of the text are clearly
11  erroneous or contrary to law and the claim must be supported by
12  points and authorities.  A copy of the moving papers and responses
13  shall be delivered to the Magistrate Judge's clerk for review upon
14  the filing of the required documents.

15

16    6.    **Ex Parte Applications**.  *Ex parte* applications are
17  considered on the papers and are not usually set for hearing.
18  Counsel are advised that this Court allows *ex parte* applications
19  solely for extraordinary relief -- sanctions may be imposed for
20  misuse of *ex parte* applications.  See In re Intermagnetics America,
21  Inc., 101 B.R. 191 (Bankr. C.D. Cal. 1989).  Counsel also should
22  become familiar with  Mission Power Engineering Co. v. Continental
23  Casualty Co., 883 F. Supp  488 (C.D  Cal. 1995), *regarding ex parte*
24  applications.

25    Counsel's attention is directed to Local Rule 7-19  The
26  moving party shall serve the opposing party by facsimile
27  transmission and shall notify the opposition that opposing papers
28  must be filed not later than twenty-four hours following such

1   facsimile service.  The moving party's declaration in support of an

2   *ex parte* application shall show compliance with Local Rule 7-19 and

3   this Order, failing which the application shall be DENIED. If

4   counsel does not intend to oppose an *ex parte* application, they

5   must so inform the Courtroom Deputy Clerk, Rachel Ingram, (909)

6   328-4461.  As with all motion papers, counsel must deliver a

7   conformed courtesy copy of the papers to the "Courtesy Box",

8   located outside of Courtroom 2 on the 2nd floor at United States

9   District Court, 3470 Twelfth Street, Riverside, California 92501.

10  Counsel will be notified by the Courtroom Deputy Clerk of the

11  Court's ruling or of a hearing time and date should the Court

12  determine that a hearing is necessary

13

14       **7.   Stipulations**.   Counsel requesting a continuance must

15  submit a stipulation, with a detailed declaration of the basis for

16  the requested continuance or extension of time, and a proposed

17  order.  Continuances will be granted only upon a showing of good

18  cause, focusing on the diligence of the party seeking the

19  continuance and any prejudice that may result if the continuance is

20  denied   Any continuances that are requested without an

21  accompanying declaration will be rejected without notice to the

22  parties.  The Court sets **firm** trial dates and will not change them

23  without a showing of good cause.

24

25       **9.   Removed Actions**.  Any answers filed in state court must

26  be refiled in this Court as a supplement to the petition.  Any

27  pending motions must be re-noticed in accordance with Local Rule 6-

28  1.

1

2       **10.   Communications with Chambers.**   Counsel shall not attempt

3   to contact the Court or its staff by telephone or by any other *ex*

4   *parte* means, although counsel may contact the Courtroom Deputy

5   Clerk with appropriate inquiries.   Counsel must list their

6   facsimile transmission numbers along with their telephone numbers

7   on their papers.

8

9       **11.   Notice of this Order.**   Counsel for plaintiff, or

10  plaintiff, if appearing on his or her own behalf, shall immediately

11  serve this Order on all parties, including any new parties to the

12  action.   If this case came to the Court by noticed removal, the

13  removing defendant shall serve this Order on all other parties.

14

15      **12.   Courtesy Copies.**   Counsel shall provide conformed

16  courtesy copies of all motions, responses, and replies in motion

17  matters to the "Courtesy Box", located outside of Courtroom 2 on

18  the 2nd floor at United States District Court, 3470 Twelfth Street,

19  Riverside, California 92501.

20

21      **13.   Internet Site.**   Counsel are encouraged to review the

22  Central District's website for additional information.   The address

23  is "http://www.cacd.uscourts.gov".

24

25

26  Dated: April 9, 2002

27                                          _Virginia A. Phillips_
                                            _____
28                                           VIRGINIA A. PHILLIPS
                                            United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\* Copies of the Local Rules are available on our website at "http://www.cacd.uscourts.gov" or they may be purchased from one of the following:

    Los Angeles Daily Journal
    915 East 1st Street
    Los Angeles, California   90012

    West Publishing Company
    610 Opperman Drive
    Post Office Box 64526
    St. Paul, Minnesota   55164-0526

    Metropolitan News
    210 South Spring Street
    Los Angeles, California   90012